No. 78–6843. MARQUEZ-MARQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6844. INMON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6845. OGROD *v.* OGROD. Super. Ct. Pa. Certiorari denied.

No. 78–6846. NEVELS *v.* PARRATT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 78–6847. WHITESIDE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 78–6848. PITTS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 78–6849. HATCH *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–6850. BOWINE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–6851. POWELL *v.* GRADDICK, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6852. WOODSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6854. MESSINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6855. RUNGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–6857. BRONCHEAU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6858. KUNTZ *v.* UNITED STATES. Ct. Cl. Certiorari denied.